

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00461-CV

**INT OF S.K.K AND H.A.K. CHILDREN**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

## O R D E R

The notice of appeal was filed in this appeal on June 18, 2018 by Mr. Alex R. Hernandez as attorney for appellant. On August 7, 2018, this court ordered appellant to show cause why his appeal should not be dismissed for failing to pay the filing fee for the appeal. The order stated that if appellant failed to respond to the order by August 22, 2018, the appeal would be dismissed. This court's order was sent to Mr. Hernandez as appellant's attorney of record.

On September 5, 2018, this court issued an opinion and judgment dismissing the appeal because no response was filed to this court's order and the filing fee had not been paid. This court's opinion and judgment were sent to Mr. Hernandez as appellant's attorney of record.

On September 19, 2018, Mr. Hernandez filed a motion for rehearing attaching the trial court's order signed on July 18, 2018, granting his motion to withdraw as counsel. The motion for rehearing acknowledges that this court had no notice of the trial court's order and Mr. Hernandez remained attorney of record in the appeal. The motion for rehearing states this court's notices and orders were not forwarded to Mr. Hernandez due to an administrative error in his law firm and appellant was not informed of the notices and orders.

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, the motion for rehearing will be denied. In addition to providing notice to the persons ordinarily entitled to receipt of notice of this order, the clerk of this court is instructed to mail a copy of this order directly to appellant at the address set forth in the certificate of service attached to the motion for rehearing by certified mail, return receipt requested.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court